THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 T.G., L.N., R.M.,
 M.E., D.G., and L.G., Defendants,  
 Of whom T.G. is  Appellant.
 In the Interest of:  T.N. 12-04-97, T.N. 05-18-99, T.G. 01-13-01,
 T.M. 05-23-02, T.E. 03-15-05, Minors Under the Age of 18. 
 
 
 

Appeal From Spartanburg County
 James F. Fraley, Jr., Family Court Judge
Unpublished Opinion No. 2008-UP-089
Submitted February 1, 2008  Filed
 February 8, 2008    
AFFIRMED

 
 
 
 W. Wallace Culp, III, of Greenville, for
 Appellant.
 Deborah Murdock, of Greenville, for
 Respondent.
 
 
 

PER CURIAM: T.G.
 appeals the family courts denial of counsels request for a continuance of a permanency
 planning proceeding from which T.G. was absent.  We affirm pursuant to Rule
 220(b), SCACR, and the following authority:  S.C. Dept of Soc. Servs. v.
 Broome, 307 S.C. 48, 51, 413 S.E.2d 835, 838 (1992) (The granting or
 denial of a continuance is within the sound discretion of the trial judge and
 is reviewable on appeal only when an abuse of discretion appears from the
 record.).[1]    
AFFIRMED.
ANDERSON,
 SHORT, and THOMAS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.